UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LISA PINKARD,

                Plaintiff(s)

24 civ 3265 (JGK)

    -against-

NEW YORK STATE PUBLIC EMPLOYEES FEDERATION,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, September 11, 2024, at 4:30pm, is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 4, 2024