```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
LISA PINKARD,
                                            24-cv-3265 (JGK)
              Plaintiff,
                                            ORDER
     - against -

N.Y. STATE PUBLIC EMPLOYEES
FEDERATION, ET AL.,

              Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by September 30, 2024.

SO ORDERED.

Dated:    New York, New York
          September 16, 2024

                                        _____
                                            John G. Koeltl
                                        United States District Judge