```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LISA PINKARD,

                Plaintiff,        24-cv-3265 (JGK)

    - against -                <u>ORDER</u>

NEW YORK STATE PUBLIC EMPLOYEES
FEDERATION, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a 26(f) report and to provide an update on the status of this case by **August 1, 2025**.

SO ORDERED.

Dated:    New York, New York
             July 28, 2025

                                          John G. Koeltl
                                    United States District Judge